IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON RESEARCH, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 15-1159 (GMS) (SRF) |
| ) | **CONSOLIDATED** |
| WATSON LABORATORIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ALCON RESEARCH, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 17-252 (GMS) |
| ) | |
| WATSON LABORATORIES, INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Alcon Research, Ltd. ("Alcon") and Defendant Watson Laboratories Inc. ("Watson") hereby stipulate and agree that Alcon's action against Watson and Watson's action against Alcon, including all claims and defenses asserted by Alcon against Watson and all claims and defenses asserted by Watson against Alcon, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

The claims and defenses pending between Alcon, on the one hand, and Lupin Limted and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") on the other hand, in this consolidated case remain pending.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Maryellen Noreika* | /s/ *Robert M. Vrana* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Melanie K. Sharp (#2501)<br>Robert M. Vrana (#5666)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6681<br>msharp@ycst.com<br>rvrana@ycst.com |
| *Attorneys for Plaintiff Alcon Research, Ltd.* | Mark. D. Schuman<br>Todd S. Werner<br>Jennell C. Bilek<br>Shelleaha Jonas<br>Caroline L. Marsili<br>CARLSON, CASPERS, VANDENBURGH,<br>LINDQUIST & SCHUMAN, P.A.<br>Capella Tower, Suite 4200<br>225 South Sixth Street<br>Minneapolis, MN 55402<br>(612) 436-9600 |
| OF COUNSEL:<br><br>Adam L. Perlman<br>Thomas H.L. Selby<br>Christopher J. Mandernach<br>Joelle P. Justus<br>Christopher A. Suarez<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>(202) 434-5000 | *Attorneys for Watson Laboratories, Inc.* |
| February 22, 2018 | |

SO ORDERED, this 26th day of Feb, 2018

_____
UNITED STATES DISTRICT JUDGE